SFAIS # I20170100043

# United States District Court
## Violation Notice

NF-15

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6859595 | LOPEZ | LO182 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/25/2017 0958
Offense Charged: ☒ State Code — FS 316.183(a)

Place of Offense: Highway 98 - East Bound - Adj Cleveland Gate - Tyndall AFB, FL

Offense Description: Speeding / Unlawful Speed
64 mph in a 45mph posted zone

### DEFENDANT INFORMATION
Last Name: Sizemore
First Name: William
M.I.: G

Tag No: DV2239F
State: FL
Year: 2011
Make/Model: Kia Sorrento
Color: White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$150.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $180.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signature]

(Rev. 09/2015) Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on 25 January 20 17 while exercising my duties as a law enforcement officer in the Northern District of FLORIDA

I STATE THAT ON 25 JANUARY 2017, WHILE EXERCISING MY DUTIES AS A LAW ENFORCEMENT OFFICER IN THE NORTHERN DISTRICT OF FLORIDA AS POLICE-1, UTILIZING STATIONARY RADAR #PYT831008517 ON US HIGHWAY 98 ADJ. CLEVELAND GATE, I OBSERVED A 2011 KIA SORRENTO, FLORIDA REGISTERED LICENSE PLATE #DV2239F, TRAVELING ON US HIGHWAY 98 / EAST-BOUND / ADJ. CLEVELAND GATE / TYNDALL AFB, FLORIDA, AT A HIGH RATE OF SPEED. I ESTIMATED THE SPEED TO BE 64 MPH. RADAR VERIFIED A SPEED OF 64 MPH. THE POSTED SPEED LIMIT IS 45 MPH. I STOPPED THE VEHICLE ON US HIGHWAY 98 (EAST BOUND) ADJ. BUILDING #659, AND IDENTIFIED THE DRIVER AS WILLIAM G. SIZEMORE VIA FLORIDA DRIVER'S LICENSE #S256027370850. AT THE TIME MR. SIZEMORE'S VEHICLE WAS TRAVELING 64MPH, THERE WERE NO OTHER VEHICLES IN THE VICINITY OF HIS VEHICLE. MR. SIZEMORE WAS VERY ARGUMENTATIVE AND VERBALLY STATED HIS VEHICLE MUST NOT HAVE BEEN CALIBRATED CORRECTLY. THE KIA SORRENTO'S VEHICLE REGISTRATION LISTED MR. SIZEMORE'S VEHICLE AS WHITE, HOWEVER, THE VEHICLE WAS DARK BLUE IN COLOR.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/25/2017   [signature] Edward Lopez
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident