# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                                    Case No. 5:17po59/EMT

WILLIAM G. SIZEMORE

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on    April 21, 2017
Type of Motion/Pleading: Motion to Dismiss
Filed by: Government   on 4/21/17   ECF No. 7
( )   Stipulated/Consented/Joint Pleading
RESPONSES:

                                                         on              ECF No.#

JESSICA LYUBLANOVITS, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

     Upon consideration of the foregoing, it is **ORDERED** this 24th day of April 2017, that:

     The requested relief is **GRANTED**. The status conference presently scheduled for May 9, 2017, is hereby cancelled, and this case is closed and dismissed.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **CHIEF UNITED STATES MAGISTRATE JUDGE**